RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Shelley von Brincken
14738 Wolf Road
Grass Valley, Ca 95949



FILED
AUG 11 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

_____ SPACE ABOVE THIS LINE FOR RECORDER'S USE _____

UNITED STATES DISRICT COURT
EASTERN DISTRICT OF CALIFORNIA

2:10-cv-2153 JAM:KJN

| | |
|---|---|
| SHELLEY VON BRINCKEN, | Case No.: |
| PLAINTIFF, | |
| vs. | **NOTICE OF PENDENCY ACTION** |
| **MORTGAECLOSE.COM, LLC.** 1855 WEST KATELLA AVE , SUIT 200, ORANGE, CA 92867 | |
| **EXCUTIVE TRUST SERVICES dba ETS SERVICES, LLC,** 2255 N. ONTARIO ST, SUIT 400, BURBANK, CA 91504 | |
| and DOES 1 – 30; | |
| Defendants. | |

Notice is given that the above-entitled action was filed in the above-entitled court on

August 11, 2010 by SHELLEY VON BRINCKEN, Plaintiff, against

**MORTGAECLOSE.COM, LLC.** 1855 West Katella Ave , Suite 200, Orange, Ca

92867, **EXCUTIVE TRUST SERVICES dba ETS SERVICES, LLC**, 2255 N. Ontario

St, Suite 400, Burbank, Ca 91504

The action affects title to specific real property or the right to possession of that specific real property in the complaint or cross-complaint or as the case may be in the action.

The specific real property affected by the action is located in the City of Grass Valley, County of Nevada, State of California, and is described as follows:

Lot 1, as shown on Final Map no. 00-002 of The Wolf. Filed in the Office of the County Recorder, County of Nevada, State of California, on May 6, 2008 in Book 8 of subdivisions, at page 178.

More commonly known as: 714738 Wolf Road, Grass Valley, Ca. 95949

Dated:  August 11, 2010

_____
Shelley von Brincken

ACKNOWLEDGMENT

UNITED STATES DISRTICT COURT
EASTERN DIVSION OF CALIFORNIA

1  On AUG 11, 2010 before me, R. HILL, a notary public,
   personally appeared SHELLEY VON BRINCKEN who proved to me on the basis of
2  satisfactory evidence to be the person(s) whose name is subscribed to the within instrument and
   acknowledged to me that she executed the same in her capacity on the instrument the person, or
3  the entity upon behalf of which the person acted, executed the instrument.

4  I certified under penalty of perjury under the laws of the state of California that the forgoing is
5  true and correct.

*(signature)*

[Signature, printed name, and title of notary public or other
officer administering oath] [Seal]

R. HILL
Commission # 1847753
Notary Public - California
Nevada County
My Comm. Expires Jun 3, 2013