UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VON BRINCKEN, | ) | |
| | ) | |
| vs. | ) | Civ.S-10-2153 JAM KJN (PS) |
| | ) | |
| MORTGAGECLOSE.COM, INC. | ) | |
| et al | ) | **NOTICE** |

**YOU ARE HEREBY NOTIFIED** that Judge Mendez ordered the following with respect to the above-entitled action:

Plaintiff's Ex Parte Motion for a Temporary Restraining Order is DENIED.  Having reviewed Plaintiffs' Motion [Doc. 2], the Court finds that Plaintiff has not demonstrated a likelihood of success on the merits or raised serious questions going to the merits.

Dated: 8/12/2010

Victoria C. Minor,  Clerk
By:

/s/
_____
H. A. Vine
Courtroom Clerk