AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:10-CV-02153-JAM-KJN

**FILED**
SEP 13 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GMAC MORTGAGE, LLC
was received by me on *(date)* 09/02/2010 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* CSC Lawyers Inc. Service (Agent B. DeGeorge) , who is designated by law to accept service of process on behalf of *(name of organization)*
GMAC MORTGAGE, LLC on *(date)* 09/02/2010 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Additional Documents Served: Summons, Amended Original Petition, Order Setting Status Conference and Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions.

My fees are $ 30.00 for travel and $ _____ for services, for a total of $ 30.00 .

I declare under penalty of perjury that this information is true.

Date: 09/02/2010

*Server's signature*

Robert Schabert - Private Investigator #11654
*Printed name and title*

California Civil Process
1510 Merkley Ave, Suite 5, West Sacramento, CA 95691
916-373-9065
*Server's address*

Additional information regarding attempted service, etc: