| | |
|---|---|
| 1 | JOHN B. SULLIVAN (State Bar No. 96742) |
| | jbs@severson.com |
| 2 | PHILIP BARILOVITS (State Bar No. 199944) |
| | pb@severson.com |
| 3 | EDWARD R. BUELL III (State Bar No. 240494) |
| | erb@severson.com |
| 4 | SEVERSON & WERSON |
| | A Professional Corporation |
| 5 | One Embarcadero Center, Suite 2600 |
| | San Francisco, CA  94111 |
| 6 | Telephone:   (415) 398-3344 |
| | Facsimile:    (415) 956-0439 |
| 7 | |
| | Attorneys for Defendant |
| 8 | GMAC MORTGAGE, LLC |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHELLEY VON BRINCKEN, | Case No.: 2:10-CV-02153-JAM-KJN |
| Plaintiff, | **AMENDED NOTICE OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (FED. R. CIV. P. 12(B)(6))** |
| vs. | Judge:        Magistrate Judge Kendall J. Newman |
| MORTGAGECLOSE.COM INC., *et al.* | Date:         November 18, 2010 |
| | Time:         10:00 A.M. |
| | Courtroom:  25 |
| Defendants. | Complaint filed:    August 11, 2010 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the hearing on the Motion to Dismiss filed by Defendant GMAC MORTGAGE, LLC, originally set for November 17, 2010 before Hon. John A. Mendez in Courtroom 6, has been vacated.  Instead, the Motion will be heard before Magistrate Judge Kendall J. Newman on **November 18, 2010, at 10:00 a.m.**, or as soon thereafter as the matter may be heard **in Courtroom 25** of the above entitled Court, located at 501 I St., # 4200, Sacramento, California.

- 1 -

19000/0555/847804.1         AMENDED NOTICE OF MOTION TO DISMISS
Case No. 2:10-CV-02153-JAM-KJN

1  DATED: September 28, 2010          SEVERSON & WERSON
                                      A Professional Corporation
2
3                                     By:      /s/ Philip Barilovits
                                           PHILIP BARILOVITS
4                                          Attorneys for Defendant
                                           GMAC Mortgage, LLC
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE
Von Brincken v. Mortgageclose.com, Inc., et al.
USDC, Eastern District, Case No. 2:10-CV-02153-JAM-KJN

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA  94111.

On the date below I served a copy, with all exhibits, of the following document(s):

**AMENDED NOTICE OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (FED. R. CIV. P. 12(B)(6))**

on all interested parties in said case addressed as follows:

Shelley Von Brincken
14738 Wolf Road
Grass Valley, CA  95949

☒ **(BY MAIL)**  By placing the envelope for collection and mailing following our ordinary business practices.  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in San Francisco, California, on September 29, 2010.

*/s/ Kathi de Leon*
Kathi de Leon