```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                 BEFORE THE HONORABLE KENDALL J. NEWMAN
```

SHELLEY VON BRINCKEN,                    No. 2:10-cv-02153 JAM KJN PS

      Plaintiff,

   v.                                   **MINUTE ORDER**

MORTGAGECLOSE.COM INC.,
et al.,

      Defendants.
_____/

    On the Court's own motion, the hearing on Defendant's Motion to Dismiss [Docket #20] set for November 18, 2010 is VACATED and RESET for December 2, 2010 at 10:00 AM in courtroom #25 before Magistrate Judge Kendall J. Newman.


Dated: October 27, 2010             /s/ C. Schultz
                                    Casey Schultz,
                                    Courtroom Deputy for the
                                    Honorable Kendall J. Newman