Samuel G. Broyles Jr., Esq. (SBN132999 )
Kathleen Hateley, Esq. Of Counsel (SBN 131484)
SAMUEL BROYLES
**A Professional Law Corporation**
575 Anton Blvd, Suite 300
Costa Mesa, California 92626
Telephone:     (714) 684-2020
Facsimile:       (714) 602-5055
Attorney for Defendant MortgageClose.com, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY VON BRINCKEN | CASE NO.  2:10-cv-02153-JAM-KJN |
| Plaintiff, | |
| vs. | AMENDED PROOF OF SERVICE ON: |
| MORTGAGECLOSE.COM INC. | (PROPOSED) |
| Defendant | ORDER ON DFEFENDANT MORTGAGECLOSE.COM APPLICATION TO ALLOW TELEPHONIC APPEARANCE AT UPCOMING HEARING |
| EXECUTIVE TRUST SERVICES dba ETS SERVICESM LLC | |
| Defendant | |
| GMAC MORTGAGE | |
| Defendant | |
| | DATE: 11/4/10
Time 10: 00 am
Crtm: 25 |

1

Proposed Order on Application to Allow Telephonic Appearance at Upcoming Hearing

**PROOF OF SERVICE**

UNITED STATES DISTRICT COURT       )
                                   )
EASTERN DISTRICT OF CALIFORNIA     )

    I am employed in the County of Orange, State of California, I am over the age of 18 years and not a party to the within action; my business address is 575 Anton Blvd, Suite 300 Costa Mesa, California 92626
.

    On October 29, 2010 I served the foregoing document described as: PROPOSED ORDER ON APPLICATION TO ALLOW TELEPHONIC APPEARANCE AT UPCOMING HEARING. This document was served on the interested party or parties in this action by placing a true copy thereof in the firm's mail, enclosed in a sealed envelope, and addressed as noted on the attached mailing list.

[ x ] BY MAIL:   I am familiar with our firm's practice of collection and processing correspondence for mailing.  Under that practice it is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one working day after the date of deposit for mailing in this declaration.

[  ] VIA FACSIMILE:   I caused all of the pages of the above entitled document to be sent to the recipients noted above via electronic transfer (FAX) at the facsimile number as noted in the attached mailing list.  This document was transmitted by facsimile and transmission reported complete without error.

[  ] BY PERSONAL DELIVERY: I delivered such envelope by hand to the offices of the addressees noted in the attached mailing list.

[ x ] BY ELECTRONIC SERVICE : In compliance with the Federal Rules of Civil Procedure.

    Executed on October 29, 2010 atOctober _____, 2010,  Costa Mesa, California.

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.  I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    /s/Samuel G. Broyles, Jr.
    _____
    SAMUEL G. BROYLES JR.

| **MAILING LIST** ||
|---|---|
| CASE NAME  : Von Brincken. v. MortgageClose.com, Inc.<br>COURT          : U.S. District Court, Eastern District of California<br>CASE NO.     : 2:10-cv-02153-JAM-KJN ||
| Shelley von Brincken<br>14738 Wolf Road<br>Grass Valley, CA 95949<br><br>**Plaintiff** | Executive Trust Services dba ETS Services<br>2255 N. Ontario St. #400<br>Burbank, CA 91504<br><br>**Defendant** |
| JOHN B. SULLIVAN ,jbs@severson.com,<br>PHILIP BARILOVITS, pb@severson.com,<br>EDWARD R. BUELL, erb@severson.com,<br>SEVERSON & WERSON<br>A Professional Corporation<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: (415) 398-3344<br>Facsimile: (415) 956-0439<br><br>**Attorneys for Defendant<br>GMAC MORTGAGE, LLC** | |
|  |  |
|  |  |
|  |  |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Proposed Order on Application to Allow Telephonic Appearance at Upcoming Hearing