Samuel G. Broyles Jr., Esq. (SBN132999 )
Kathleen Hateley, Esq. Of Counsel (SBN 131484)
SAMUEL BROYLES
**A Professional Law Corporation**
575 Anton Blvd, Suite 300
Costa Mesa, California 92626
Telephone:     (714) 684-2020
Facsimile:     (714) 602-5055
Attorney for Defendant MortgageClose.com, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY VON BRINCKEN | CASE NO.  2:10-cv-02153-JAM-KJN |
| Plaintiff, | |
| vs. | ~~(PROPOSED)~~ |
| MORTGAGECLOSE.COM INC. | ORDER ON DFEFENDANT MORTGAGECLOSE.COM APPLICATION TO ALLOW TELEPHONIC APPEARANCE AT UPCOMING HEARING |
| Defendant | |
| EXECUTIVE TRUST SERVICES dba ETS SERVICESM LLC | |
| Defendant | |
| GMAC MORTGAGE | DATE: 11/4/10 |
| Defendant | Time 10: 00 am |
| | Crtm: 25 |

The application of defendant MortgageClose.com, Inc. by and through its attorney of record, Samuel Broyles, a Professional Law Corporation for a telephonic appearance before this court on its motion for relief from the clerks entry of default, on November 4, 2010;before this court.  After review of the application and good cause appearing there from, the telephonic appearance request is granted for this hearing alone.

The telephone number identified to the court by counsel to contact counsel directly on a non cell phone is: 657-464-9373 with an alterntive non cell number of 714-684-2020, ext 7.

/ / /

/ / /

1

Counsel will be prepared to take the court's call at exactly 10:00 a.m. on November 4, 2010 or as otherwise directed by the court,

DATED: November 1, 2010

                                         /s/ Kendall J. Newman
                                         KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE

Proposed Order on Application to Allow Telephonic Appearance at Upcoming Hearing