IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHELLEY VON BRINCKEN,

    Plaintiff,

v.

MORTGAGECLOSE.COM INC.;
EXECUTIVE TRUST SERVICES dba
ETS SERVICES, LLC; and GMAC
MORTGAGE, LLC,

    Defendants.

/

No. 2:10-cv-02153 JAM KJN

ORDER

        This matter proceeds before the undersigned magistrate judge because plaintiff Shelley Von Brincken, the only plaintiff in this action, was, until recently, proceeding without counsel. See E. Dist. Local Rule 302(c)(21). Presently pending before the court are: (1) a motion to dismiss plaintiff's First Amended Complaint filed by defendant GMAC Mortgage, LLC (Dkt. No. 20), and (2) a motion to set aside the clerk's entry of default filed by defendant Executive Trust Services, LLC (Dkt. No. 30). Both motions are set for hearing before the

////

////

////

1

undersigned on December 9, 2010. (See Dkt. Nos. 30, 33.)[1]

On November 3, 2010, plaintiff filed a notice of substitution of attorney, which indicates that plaintiff is now represented by counsel, attorney Holly S. Burgess. (Dkt. No. 36.) Because plaintiff is represented by counsel, pretrial matters, other than discovery motions, should now be noticed before the United States District Judge assigned to this action. E. Dist. Local Rule 302(c)(21).

Accordingly, it is hereby ORDERED that:

1. This matter shall is referred to the United States District Judge assigned to this action. E. Dist. Local Rule 302(c)(21).

2. All dates pending before the undersigned, including the hearings on the pending motion to dismiss and motion for relief from entry of default presently set for hearing on December 9, 2010, before the undersigned, are vacated and shall be re-noticed for hearing before the United States District Judge assigned to this action on an available date before the District Judge;[2] and

3. Henceforth the caption on documents filed in this action shall be No. 2:10-cv-02153 JAM KJN.

IT IS SO ORDERED.

DATED: November 4, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Of note, plaintiff's new counsel indicates that she will be seeking a stipulation of the parties for leave to file a second amended complaint. Therefore, the pending motions may become moot.

[2] However, any motion for entry of default judgment filed pursuant to Federal Rule of Civil Procedure 55(b)(2) shall be noticed for hearing before the undersigned. See E. Dist. Local Rule 302(c)(19).