Holly S. Burgess (SBN 104757)
LAW OFFICES OF HOLLY S. BURGESS
3017 Douglas Boulevard, Suite 300
Roseville, CA  95661
Telephone:  (916) 774-7130
Facsimile:   (916) 880-5213
*hollyburgess@comcast.net*

Attorney for Plaintiff
SHELLEY von BRINCKEN

THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY von BRINCKEN, | ) **CASE NO: 2:10-CV-02153-JAM-KJN** |
| Plaintiff, | ) |
| vs. | ) **STATUS REPORT** |
| MORTGAGECLOSE.COM, INC. et al., | ) |
| Defendant. | ) |

Pursuant to the Order of Magistrate Newman on November 4, 2010, Plaintiff submits the following Status Report.

1. Plaintiff prepared a Stipulation to allow Plaintiff to file a Second Amended Complaint.  It was submitted to counsel Samuel Broyles, counsel for Mortgageclose.com ("Mortgageclose") and to Philip Barilovits, counsel for Executives Trust Services and GMAC Mortgage, LLC ("GMAC").

2. The stipulation has not yet been signed, though Plaintiff's counsel has no reason to believe it is objectionable to the Defendants.

3. It is Plaintiff's understanding that GMAC's Motion to Dismiss Plaintiff's Complaint has been rescheduled by the Court to January 26, 2010.

4. Though Plaintiff hoped to get the proposed Second Amended Complaint completed by November 18, 2010, a bit more time is needed to complete the investigation of the possible indispensible defendants so as to avoid the possibility of needing to amend the

complaint again to add Defendants.  Plaintiff will either file the Stipulation and Second Amended Complaint by December 1, 2010 or Plaintiff will file a motion for leave to amend the complaint by December 1, 2010.

Dated:  November 18, 2010			Respectfully submitted,

						LAW OFFICES OF HOLLY S. BURGESS


						By:  _____/s/ Holly S. Burgess_____/
						         HOLLY S. BURGESS