Samuel G. Broyles Jr., Esq. (SBN132999)
Kathleen Hateley, Esq. Of Counsel (SBN 131484)
SAMUEL BROYLES
**A Professional Law Corporation**
575 Anton Blvd, Suite 300
Costa Mesa, California 92626
Telephone:    (714) 684-2020
Facsimile:    (714) 602-5055
Attorney for Defendant MortgageClose.com, Inc.
sambroyles@charter.net
sam@sbroyleslaw.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHELLEY VON BRINCKEN<br><br>  Plaintiff,<br><br>vs.<br><br>MORTGAGECLOSE.COM INC.<br><br>  Defendant<br><br>EXECUTIVE TRUST SERVICES dba ETS SERVICES LLC<br>  Defendant<br>GMAC MORTGAGE<br>  Defendant | CASE NO.  2:10-cv-02153-JAM-KJN<br><br>(PROPOSED)<br><br>ORDER ON NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT MORTGAGECLOSE.COM, INC.  BY SAMUEL G. BROYLES, ESQ. AND KATHLEEN HATELEY, ESQ.;<br><br>DATE: 1/26/11<br>Time 930 am<br>Crtm: 6 |

The MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR DEFENDANT MORTGAGECLOSE.COM, INC.  BY SAMUEL G. BROYLES, ESQ. AND KATHLEEN HATELEY, ESQ.  of Samuel Broyles, ;A Professional Law Corporation came before this court on January 26, 2011 at 9:30 am in courtroom 6 of the above entitled court.  After review of the motion and file, the court finds and orders as follows:

  1.  The Defendant MortgageClose.com, Inc. was personally served with the motion and

     supporting paperwork. Samuel G. Broyles, Esq. and Kathleen Hateley, Esq.  Of Samuel

1

Proposed Order on Broyles/Hateley Motion to Be Relieved of Counsel for Def. Mortgageclose.com, Inc.

Broyles, A Professional Law Corporation have shown sufficient reasons why the motion to be relived as counsel should be granted.

2. The Motion to Withdraw As Attorney of Record For Defendant Mortgageclose.Com, Inc. By Samuel G. Broyles, Esq. and Kathleen Hateley, Esq. of Samuel Broyles, A Professional Law Corporation Is Granted effective upon the filing the proof service of this signed order upon the client Mortgageclose.com, Inc. at the last known address.

3. The last known address is: Mortgageclose.com, Inc., 1600 N. Broadway, Suite 500, Santa Ana, CA 92706, telephone (714) 617-3400, efax (714) 410-2894, Attn: Joe Lam – President or as otherwise required by California Code of Civil Procedure Section 1011(b) and California Rules of Court, Rule 3.252. A proof of service of this signed order on Mortgageclose.com, Inc. shall be filed with court.

4. The next scheduled hearing in this matter is _____ and is set for _____ at am/pm at _____ and will concern the topic(s) of _____.

5. The following additional hearing and other matters, including discovery matters are set in the action _____.

6. .The Trial in this action has not yet been set.

7. Defendant Mortgageclose.com, Inc., as a corporation must be represented by counsel in this matter and can not represent itself in this matter. Failure to retain attorney may lead to an order striking pleadings or to the entry of a default judgment.

8. Defendant Mortgageclose.com, Inc. must retain new counsel within_____ days of this order.

///

///

9. Defendant Mortgageclose.com, Inc. is notifies that it is its duty to keep the court informed at all times of its address and contact phone numbers.

Date: _____

_____
Judge of the U.S. District Court

Respectfully submitted,
By: /s/ Samuel G. Broyles, Jr.
Samuel G. Broyles, Esq.
Kathleen Hateley, Esq of Counsel
SAMUEL BROYLES
PROFESSIONAL LAW CORPORATION
Attorneys For Defendant
Mortgageclose.com, Inc.