Holly S. Burgess (SBN 104757)
LAW OFFICES OF HOLLY S. BURGESS
3017 Douglas Boulevard, Suite 300
Roseville, CA 95661
Telephone: (916) 774-7130
Facsimile: (916) 880-5213
*hollyburgess@comcast.net*

Attorney for Plaintiff
SHELLEY von BRINCKEN

THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY von BRINCKEN, | ) **CASE NO: 2:10-CV-02153-JAM-KJN** |
| Plaintiff, | ) |
| vs. | ) **STIPULATION** |
| MORTGAGECLOSE.COM, INC., EXECUTIVE TRUST SERVICES, dba ETS SERVICES, LLC, GMAC MORTGAGE, INC., and DOES 1-100, inclusive, | ) |
| Defendants. | ) |

1. Plaintiff, SHELLEY von BRINCKEN, filed her original Complaint on August 11, 2010. She filed an amended complaint on September 1, 2010 adding defendant GMAC Mortgage, LLC. Both of these complaints filed by Plaintiff were filed pro se.

2. Plaintiff filed her substitution of attorney of November 3, 2010.

3. Counsel for Plaintiff, SHELLEY von BRINCKEN and counsel for Defendants GMAC MORTGAGE, LLC. AND EXECUTIVE TRUST SERVICES, dba ETS SERVICES, LLC, agree, and so stipulate that Plaintiff may file a second amended complaint.

4. Counsel for Defendant MORTGAGECLOSE.COM has filed a motion to withdraw as counsel from the case due to lack of contact with his client, Defendant MORTGAGECLOSE.COM. Attached to this Stipulation is a copy of counsel's position on signing the subject Stipulation.

*STIPULATION*

PDF created with pdfFactory trial version www.pdffactory.com

5. Counsel for Plaintiff and counsel for GMAC MORTGAGE, LLC. And EXECUTIVE TRUST SERVICES, dba ETS SERVICES, LLC, respectfully request the Court to accept this Stipulation and to sign the Order without the participation of Defendant MORTGAGECLOSE.COM.

Dated: December 1, 2010
**/s/ Holly S. Burgess**                    .
Holly S. Burgess, Attorney for
Plaintiff, SHELLEY von BRINCKEN

Dated: December 1, 2010    **/s/ Philip Barilovits**                    .
Philip Barilovits, Attorney for
Executive Trust Services and GMAC Mortgage, LLC

**IT IS HEREBY ORDERED,** that the foregoing Stipulation for leave to file a Second Amended Complaint by Plaintiff be deemed effective as a Court Order.

DATED: 12/3/2010

/s/ John A. Mendez_____
THE HONORABLE JOHN A. MENDEZ
United States District Court Judge

*STIPULATION*

PDF created with pdfFactory trial version www.pdffactory.com