UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY VON BRINCKEN, ) | Case No. 2:10-CV-2153-JAM-KJN |
| ) Plaintiff, ) | REMAND ORDER |
| ) v. ) | |
| ) MORTGAGECLOSE.COM, ET AL., ) | |
| ) Defendants. ) | |

The Court has reviewed Plaintiff Shelley Von Brincken's Notice of Removal (Doc. 44), and finds that removal is improper. Jurisdiction is a threshold inquiry before the adjudication of any case before a court, see Morongo Band of Mission Indians v. Cal. State Bd. of Equalization, 858 F.2d 1376, 1380 (9th Cir. 1988), and a court "ha[s] an independent obligation to address sua sponte whether [it] has subject-matter jurisdiction." Dittman v. California, 191 F.3d 1020, 1025 (9th Cir.1999). "Under 28 U.S.C. § 1441, a defendant may remove an action filed in state court to federal court if the federal court would have original subject matter jurisdiction over the action." Moore-Thomas v. Alaska Airlines, Inc., 553 F.3d 1241, 1243 (9th Cir. 2009). "A defendant

1

1  cannot remove solely on the basis of a federal defense . . . the
2  federal question must appear on the face of the complaint."
3  <u>Chesler/Perlmutter Prods., Inc. v. Fireworks Entertainment, Inc.</u>,
4  177 F.Supp.2d 1050, 1058 (C.D. Cal. Dec. 3, 2001).
5       Here, Plaintiff asks the court to remove the unlawful detainer
6  action filed against her in the Superior Court, and consolidate it
7  with Plaintiff's current District Court case, on the basis of
8  original jurisdiction.  However, the unlawful detainer action
9  against Plaintiff contains no federal claims and is based purely on
10 state law.  The federal statutes cited in Plaintiff's Notice of
11 Removal would, at best, provide only federal defenses.
12 Accordingly, this Court does not have jurisdiction over the
13 unlawful detainer action, and orders the action entitled <u>Federal
14 National Mortgage Association v. Shelley Von Brincken</u> remanded to
15 the Superior Court of California, County of Nevada.
16      IT IS SO ORDERED.
17 Dated:  January 10, 2011

                                    /s/ John A. Mendez_____
                                    U. S. DISTRICT COURT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com