Holly S. Burgess (SBN 104757)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn Folsom Road, Suite 109
Auburn, CA 95603
Telephone: (530) 889-8900
Facsimile: (530) 889-8988
*hollyburgess@lohsb.com*

Attorney for Plaintiff
SHELLEY von BRINCKEN

THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY von BRINCKEN,<br><br>　　　　Plaintiff,<br>　vs.<br><br>MORTGAGECLOSE.COM, INC. et al.,<br><br>　　　　Defendant. | CASE NO: 2:10-CV-02153-JAM-KJN<br><br>**CERTIFICATE OF SERVICE OF ORDER SETTING STATUS CONFERENCE** |

I hereby certify that I am employed in the County of Placer, am over the age of eighteen (18) years and am not a party to the within cause of action. My business address is 680 Auburn Folsom Road, Suite 109, Auburn, CA 95603.

On January 20, 2011, I served the following document: **ORDER SETTING STATUS CONFERENCE, including CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE form** on the interested parties by placing a true copy thereof in a sealed envelope with the postage thereon fully prepaid with the firm's mail room personnel for mailing in the United States mail at Auburn, CA in accordance with the firm's ordinary practices, addressed pursuant to the attached mailing list.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and belief.

///
///

~ 1 ~

*CERTIFICATE OF SERVICE*

1    Executed this 20th day of January, 2011, at Auburn, Placer County, California.

      **/s/Susanne Osborne**_____
      SUSANNE OSBORNE

~ 2 ~

*CERTIFICATE OF SERVICE*

*von Brincken v. Mortgageclose.com, Inc*.
United States District Court, Eastern District of California
Case No.: 2:10-CV-02153-JAM-KJN

**Certificate of Mailing Service List**

| | |
|---|---|
| Philip Barilovits<br>SEVERSON & WERSON<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA  94111<br>Fax No.: (415) 956-0439 | Attorneys for:<br>EXECUTIVE TRUST SERVICES, and<br>GMAC MORTGAGE, LLC |
| Samuel G. Broyles, Jr.<br>Samuel Broyles a Professional Law Corp<br>575 Anton Boulevard, Suite 300<br>Costa Mesa, CA  92626<br>Fax No.: (714) 602-5055 | Attorneys for:<br>MORTGAGECLOSE.COM, INC. |
| William L. Partridge<br>Jason Short<br>PITE DUNCAN, LLP<br>4375 Jutland Drive<br>Suite 200<br>San Diego, CA  92177-0934<br>Fax No.: (619) 590-1385 | Attorneys for:<br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION AND ITS SUCCESSORS<br>AND ASSIGNS |